## 18303.　HILL v. CITIZENS BANK AND TRUST COMPANY.

BROYLES, C. J.　Under the facts of the case as disclosed by the record, the court did not err in striking the amended plea of the defendant, on general demurrer, or thereafter in permitting a verdict and judgment to be taken in favor of the plaintiff for the full amount sued for.

　　　　　　*Judgment affirmed.　Luke and Bloodworth, JJ., concur.*

　　　　　　　DECIDED NOVEMBER 16, 1927.

Complaint; from city court of LaGrange—Judge Tuggle.　June 7, 1927.

*Hall & Jones,* for plaintiff in error.

*W. Howell Morrow, Lovejoy & Mayer,* contra.

Pleading, 31 Cyc. p. 617, n. 48.

## 18308.　BELCHER v. LAND.

BLOODWORTH, J.　The verdict rendered not having been absolutely demanded by the evidence, and this being the first grant of a new trial, this court will not interfere.　Civil Code (1910), § 6204; *Carr* v. *Carr,* 157 *Ga.* 208 (121 S. E. 227), and cit.; *Rooks* v. *Stanaland,* 33 *Ga. App.* 9 (4, 5) (124 S. E. 904).

　　　　　　*Judgment affirmed.　Broyles, C. J., and Luke, J., concur.*

　　　　　　　DECIDED NOVEMBER 16, 1927.

Trespass; from Douglas superior court—Judge Edwards.　May 18, 1927.

*Astor Merritt,* for plaintiff.　*D. S. Strickland,* for defendant.

Appeal and Error, 4 C. J. p. 832, n. 47; p. 833, n. 57.

## 18309.　HOGAN v. LAURENS COUNTY.

BROYLES, C. J.　The verdict was amply authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial show cause for a reversal of the judgment below.

　　　　　　*Judgment affirmed.　Luke and Bloodworth, JJ., concur.*

　　　　　　　DECIDED NOVEMBER 16, 1927.

Action for damages; from Laurens superior court—Judge Camp.　June 11, 1927.

*S. P. New, T. E. Hightower,* for plaintiff.

*Burch & Daley,* for defendant.

New Trial, 29 Cyc. p. 824, n. 41.